1  Peter Y. Lee (SBN 165926)
   Larry R. Schmadeka (SBN 160400)
2  Terry S. Park (SBN 228284)
   **LEE, HONG, DEGERMAN, KANG & WAIMEY**
3  660 South Figueroa Street, Suite 2300
   Los Angeles, California 90017
4  Telephone: (213) 623-2221
   Facsimile:  (213) 623-2211
5  plee@lhlaw.com; lschmadeka@lhlaw.com; tpark@lhlaw.com

6  Attorneys for Defendant/Counter-Claimant
   JCA Corporation
7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10  UNIQUE FUNCTIONAL PRODUCTS,          Case No.: 3:09-cv-00265-JM-AJB
    INC., a California corporation,
11                                       **STIPULATION TO CONTINUE CASE**
                   Plaintiff,            **MANAGEMENT CONFERENCE DATE**
12
              vs.
13
    JCA CORPORATION, a Washington
14  corporation; and DOES 1 through 125,
    inclusive,
15
                   Defendants.
16  _____
    JCA CORPORATION, a Washington
17  corporation,

18                 Counter-Claimant,

19  UNIQUE FUNCTIONAL PRODUCTS,
    INC., a California corporation; and ROES 1
20  through 20, inclusive,

21                 Counter-Defendants.

22

23                        **STIPULATION**

24      1.     This Stipulation is made between Defendant and Counter-Claimant JCA

25  CORPORATION ("JCA") and Plaintiff/Counter-Defendant UNIQUE FUNCTIONAL

26  PRODUCTS, INC. ("UFP").

27      2.     Following a Case Management Conference on May 20, 2009, the Court ordered

28  the parties to select a mediator and conduct mediation within 120 days.  Additionally, the Court

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017

-1-

1  ordered the parties to appear telephonically at a further Case Management Conference on

2  September 28, 2009, at 9:00 a.m. to review the status of the proceedings and set further dates and

3  deadlines.

4       3.    The parties have selected the Honorable William Schoettler with ADR Services,

5  Inc. to conduct mediation sometime in October 2009.

6       4.    Based on the scheduling of depositions of UFP and its President for September 23

7  and 24, 2009, respectively, and that mediation is to occur sometime in October 2009, the parties

8  will require additional time before appearing at the Case Management Conference scheduled for

9  September 28, 2009.

10       5.    Accordingly, the parties stipulate to continuing the Case Management Conference

11  to November 9, 2009, at 9:00 a.m., or at another date and time convenient to the Court.

12

13       IT IS SO STIPULATED.

14  Dated: August 20, 2009          **LEE, HONG, DEGERMAN, KANG &**
                                  **WAIMEY**

15

16

17                              By:   /s Terry S. Park
                                  Peter Y. Lee

18                                    Larry R. Schmadeka

19                                    Terry S. Park
                         Attorneys for Defendant/Counter-Claimant

20                           JCA Corporation

21

22  Dated: August 20, 2009          **PRAIRIE SCHWARTZ HEIDEL, LLP**

23

24

25                              By:   /s Kevin P. Sullivan
                                  Kevin P. Sullivan

26                           Attorneys for Plaintiff/Counter-Defendant
                         Unique Functional Products, Inc.

27

28

LEE, HONG, DEGERMAN, KANG & WAIMEY
660 South Figueroa Street, Suite 2300
Los Angeles, California 90017