cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE FUNCTIONAL PRODUCTS, INC., a California corporation,<br><br>        Plaintiff,<br>v.<br><br>JCA Corporation, a Washington corporation, and DOES 1 through 125, inclusive,<br><br>        Defendants.<br>AND RELATED COUNTER-CLAIMS. | Civil No.09cv0265 JM (AJB)<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>(Doc. No. 11) |

Good cause appearing from the Joint Motion to Continue Case Management Conference Date, the telephonic Case Management Conference is continued from September 28, 2009 to ***November 9, 2009, at 9:00 a.m.*** Plaintiff's counsel will initiate the call at that time.

IT IS SO ORDERED.

DATED: August 24, 2009

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court