cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIQUE FUNCTIONAL PRODUCTS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>v.<br>JCA Corporation, a Washington corporation, and DOES 1 through 125, inclusive,<br><br>　　　　　　　Defendants.<br>AND RELATED COUNTER-CLAIMS. | Civil No.09cv0265 JM (AJB)<br><br>ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER<br><br>(Doc. No. 21) |

After review of the Joint Motion for Stipulation for Protective Order, the Court grants the Joint Motion for Stipulation for Protective Order. The Protective Order is adopted in full as set forth in the Joint Motion (Doc. No. 21).

IT IS SO ORDERED.

DATED: May 10, 2010

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Battaglia*
　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court